FILED
GREAT F...

2012 AUG 20 PM 1 23

PATRICK E. DUFFY, CLERK
BY _____
   DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| MOLLY SAKSA, ) | |
| ) | Cause No. |
| Plaintiff, ) | CV 10-58-GF-SEH |
| ) | |
| v. ) | **ORDER OF** |
| ) | **DISMISSAL WITH** |
| CASCADE COUNTY SHERIFF'S OFFICE, ) | **PREJUDICE** |
| ) | |
| Defendant. ) | |

Upon Stipulation of the parties for the dismissal of this cause; and good cause appearing therefor;

IT IS HEREBY ORDERED that the above-captioned matter is DISMISSED WITH PREJUDICE.

DATED this 20th day of August, 2012.

*/s/ Sam E. Haddon*
SAM E. HADDON
United States District Judge